AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00333 |
| ERIC V. VON BERNEWITZ | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/23/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **ERIC V. VON BERNEWITZ**                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   03/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.23 15:50:18 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/23/2021 , and the person was arrested on *(date)* 3/24/2021
at *(city and state)* 509 Resource Row Chesapeake Virginia.

Date: 3/24/2021

*Arresting officer's signature*

Jen Hartney, Special Agent
*Printed name and title*