AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00333 |
| PAUL H. VON BERNEWITZ | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 3/23/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PAUL H. VON BERNEWITZ
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   03/23/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.23 15:50:58 -04'00'

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/23/2021, and the person was arrested on *(date)* 03/24/2021
at *(city and state)* 509 Resource Row, Chesapeake, VA.

Date: 03/24/2021

*Arresting officer's signature*

FBI Special Agent Michael Velazquez
*Printed name and title*